# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Montrell Russum,<br><br>        Petitioner<br><br>v.<br><br>Warden Bean, et al.,<br><br>        Respondents | Case No.: 2:24-cv-01017-CDS-DJA<br><br>**Order Granting Extension of Time to Respond to Petition**<br><br>[ECF No. 8] |

Respondents ask the Court for an extension of time to file a response to Montrell Russum's pro se 28 U.S.C. § 2254 habeas corpus petition. ECF No. 8. With good cause appearing,

IT IS ORDERED that respondents' motion for extension of time to file a response to the petition **[ECF No. 8] is GRANTED**, nunc pro tunc. **The deadline to respond is extended to December 16, 2024.**

Dated: October 16, 2024

_____
Cristina D. Silva
United States District Judge