# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Montrell Russum,

       Petitioner

v.

Warden Bean, et al.,

       Respondents

Case No. 2:24-cv-01017-CDS-DJA

**Order Granting Extension of Time to Respond to Petition to February 14, 2025**

[ECF No. 10]

    Respondents ask the Court for an extension of time to file a response to Montrell Russum's pro se 28 U.S.C. § 2254 habeas corpus petition. ECF No. 10. Good cause appearing,

    IT IS ORDERED that respondents' motion for extension of time to file a response to the petition **[ECF No. 10] is GRANTED,** nunc pro tunc. **The deadline to respond is extended to February 14, 2025.**

Dated: December 18, 2024

_____
Cristina D. Silva
United States District Judge