# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Montrell Russum, | Case No.: 2:24-cv-01017-CDS-DJA |
| Petitioner | **Order Granting Extension of Time to Respond to Petition to April 15, 2025** |
| v. | |
| Warden Bean, et al., | [ECF No. 18] |
| Respondents | |

Respondents ask the Court for an extension of time to file a response to Montrell Russum's pro se 28 U.S.C. § 2254 habeas corpus petition. ECF No. 18. Good cause appearing,

IT IS ORDERED that respondents' motion for extension of time to file a response to the petition **[ECF No. 18] is GRANTED** nunc pro tunc. **The deadline to respond is extended to April 15, 2025.**

Dated: February 18, 2025

_____
Cristina D. Silva
United States District Judge