# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Montrell Russum, | Case No.: 2:24-cv-01017-CDS-DJA |
| Petitioner | Order Granting Motion for Copy of Petition |
| v. | |
| Warden Bean, et al., | [ECF No. 28] |
| Respondents | |

Montrell Russum asks the Court for a copy of his pro se 28 U.S.C. § 2254 habeas corpus petition. ECF No. 28. He states that due to a prison transfer he no longer has a copy. Good cause appearing,

IT IS ORDERED that the petitioner's motion for copy of the petition **[ECF No. 28] is GRANTED.** The Clerk of Court is kindly directed to send a copy of the petition [ECF No. 6] to petitioner's address of record (High Desert State Prison).

Dated: October 16, 2025

_____
Cristina D. Silva
United States District Judge