**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Montrell Russum,

              Petitioner

v.

Warden Bean, et al.,

              Respondents

Case No. 2:24-cv-01017-CDS-DJA

**Order Granting Unopposed Motion for Extension of Time to File an Amended Petition for a Writ of Habeas Corpus**

[ECF No. 33]

In this habeas matter, the petitioner, Montrell Russum, through his counsel, seeks an additional sixty days, until May 11, 2026, to file an amended petition for a writ of habeas corpus. ECF No. 33. I find the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. Fed. R. Civ. P. 6(b); LR IA 6-1.

I order that the petitioner's unopposed motion for extension of time to file a first amended petition **[ECF No. 33] is granted**. The petitioner has **through May 11, 2026**, to file an amended petition for a writ of habeas corpus.

Dated: April 6, 2026

_____
Cristina D. Silva
United States District Judge