Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ron Y. Sung
Assistant Federal Public Defender
Nevada State Bar No. 13047
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ron_Sung@fd.org

*Attorney for Petitioner Montrell Russum

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Montrell Russum,<br><br>                    Petitioner<br><br>v.<br><br>Jeremy Bean, *et al.*,<br><br>                    Respondents | Case No. 2:24-cv-01017-CDS-DJA<br><br>**Unopposed Motion to Extend Time to File Amended Petition**<br><br>**(Third Request)**<br><br>[ECF No. 37] |

POINTS AND AUTHORITIES

Petitioner Montrell Russum respectfully moves for an extension to file his amended petition by 60 days until September 8, 2026. The amended petition is currently due on July 10, 2026. Respondents, by Deputy Attorney General Christine M. Greve, do not object to this request for an extension. Respondents' lack of objection should not be construed as a waiver or concession of any kind or construed as agreeing with the accuracy of the representations in this motion. This is Petitioner's second request for an extension.

Petitioner filed his pro se federal habeas petition on May 28, 2024.[1] After Respondents moved to dismiss,[2] Petitioner requested appointment of counsel.[3] This Court granted Petitioner's request and appointed the Federal Public Defender on December 2, 2025.[4] Undersigned counsel appeared on January 5, 2026.[5]

Counsel for Petitioner has been diligent in working on Petitioner's case. Counsel recently met with client and is currently investigating his case.

///
///
///
///
///
///
///

---

[1] ECF Nos. 1-1.

[2] ECF No. 22.

[3] ECF No. 23 at 13.

[4] ECF No. 30.

[5] ECF No. 31.

This motion is not filed for the purposes of delay, but in the interests of justice and the interests of Petitioner. Counsel respectfully asks this Court to grant Petitioner's request to extend the time.

Dated July 10, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

/s/ Ron Y. Sung
Ron Y. Sung
Assistant Federal Public Defender

IT IS SO ORDERED:

United States District Judge

Dated:  July 14, 2026

3