UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Montrell Russum,

Petitioner

v.

Warden Bean, et al.,

Respondents

Case No. 2:24-cv-01017-CDS-DJA

**Order Granting Unopposed Motion for Extension of Time to File Amended Petition for a Writ of Habeas Corpus**

[ECF No. 39]

In this habeas matter, the petitioner, Montrell Russum, through his counsel, filed a motion seeking an additional 62 days, until November 9, 2026, to file an amended petition for a writ of habeas corpus. ECF No. 39. I find the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. *See* Fed. R. Civ. P. 6(b); D. Nev. R. LR IA 6-1.

I order that the petitioner's unopposed motion for extension of time to file a first amended petition (fourth request) **[ECF No. 39] is granted**. Petitioner has through **November 9, 2026**, to file an amended petition.

Dated: September 14, 2026

Cristina D. Silva
United States District Judge